**United States District Court**
Northern District of Ohio
Office of the Clerk
2-161 Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1830

Geri Smith
Clerk of Court

(216) 357-7000



June 13, 2005

David J Weaver, Clerk
United States District Court
814 Theodore Levin United States Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

**05-80550**

In re: USA v. Kevan D. Sprow
NDOH #3:04CR711-001
EDMI #

**FILED**

JUN 1 6 2005

CLERK'S OFFICE, DETROIT-PSG
U.S. DISTRICT COURT

Dear Clerk:

Enclosed is a true copy of the completed Probation Form 22, Transfer of Jurisdiction of Probation, for the above referenced case. Also enclosed for your file are a certified copy of our docket sheet, the charging instrument, and Judgment Order.

Please acknowledge receipt by returning the enclosed copy of this letter indicating the date of receipt and docket number assigned.

If you are in need of anything further from this office, please contact me at 419-259-6414.

Sincerely,

Geri M. Smith
Clerk of Court

Pamela A. Armstrong
Deputy Clerk
Toledo, Ohio

Received by: _____
Date: _____
Docket # _____

U.S. Court House
568 Federal Building
2 South Main Street
Akron, OH 44308-1876
(330) 375-5407

114 U.S. Court House
1716 Spielbusch Avenue
Toledo, OH 43624-1347
(419) 259-6412

337 Thomas D. Lambros
Federal Building and U.S. Court House
125 Market Street
Youngstown, OH 44503-1787
(330) 746-1906